UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 10-13836
HON. PATRICK J. DUGGAN

JAMIE SMITH,

        Plaintiff(s),

vs.

CITIMORTGAGE, ET.AL,

        Defendant(s).
_____/

## ORDER ALLOWING AMENDED COMPLAINT

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on March 1, 2011.

This matter is before the Court on Plaintiff's Response to Order to show Cause; Therefore

IT IS ORDERED that Plaintiff file an amended complaint by March 3, 2011.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: March 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 1, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager