UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE SMITH,
    Plaintiff,

vs

CITIMORTGAGE, FLAGSTAR BANK
and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
    Defendant.

Case No. 2:10cv13836

Hon. Patrick J. Duggan

Magistrate R. Steven Whalen

| | |
|---|---|
| **PATRICK J. Mc QUEENEY (P45797)**<br>Attorneys for Plaintiff<br>33830 Harper Avenue<br>Clinton Township, Michigan 48035<br>(586) 774-6363<br>patrickjmcqueeney@yahoo.com | **K. J. MILLER (P62014)**<br>**CHRISTOPHER MILLER (P73416)**<br>**DYKEMA GOSSETT**<br>Attorneys for Defendant, Citi Mortgage, Inc.<br>And Mortgage Electronic Registration Systems<br>2723 South State Street/Ste. 400<br>Ann Arbor, Michigan 48104<br>(734) 214-7678/(313) 568-5316<br>kmiller@dykema.com<br>cmiller@dykema.com<br><br>**SCOTT WARHEIT (P71560)**<br>Miller, Canfield, Paddock & Stone PLC<br>Attorney for Defendants, Flagstar Bank<br>840 West Long Lake Road/Ste. 200<br>Troy, Michigan 48098<br>warheit@millercanfield.com |

## STIPULATED ORDER DISMISSING CAUSE OF ACTION WITH PREJUDICE AND WITHOUT COSTS TO THE PARTIES HEREIN

The Parties having agreed that Plaintiff shall dismiss her amended complaint with prejudice and without costs to the parties herein and the court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's amended complaint is hereby dismissed

with prejudice and without costs to either party herein.

        **IT IS SO ORDERED.**

s/Patrick J. Duggan
**PATRICK J. DUGGAN**
United States District Court Judge

Approved as to form:

**/s/PATRICK J. McQUEENEY**
**PATRICK J. McQUEENEY (P45797)**
Co-Counsel for Plaintiff

**/s/ CHRISTOPHER MILLER**
**CHRISTOPHER MILLER (P73416)**
Attorney for Defendant, Citi Mortgage, Inc.
and Mortgage Electronic Registration Systems

**/s/SCOTT WARHEIT**
**SCOTT WARHEIT (P71560)**
Attorney for Defendant, Flagstar Bank